DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BAUCOM

No. 339P90

Case below: 99 N.C.App. 222

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

STATE v. BLACKWELL

No. 374P90

Case below: 99 N.C.App. 359

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

STATE v. CHANDLER

No. 389P90

Case below: 98 N.C.App. 155

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 October 1990.

STATE v. CLARK

No. 407P90

Case below: 99 N.C.App. 584

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

STATE v. GRIMES

No. 391P90

Case below: 96 N.C.App. 489

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 October 1990. Motion by the Attorney General to dismiss allowed 3 October 1990.